AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Lanning  Telephone: (313) 226-9100
Task Force Officer: Scott  Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Patrick Patterson

Case No.

Case: 2:25−mj−30443
Assigned To : Unassigned
Assign. Date : 7/14/2025
Description: RE: PATRICK PATTERSON (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 11, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_J. Scott_
Complainant's signature

TFO Joshua Scott
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: July 12, 2025

City and state: Detroit, Michigan

Judge's signature

Hon. David R. Grand
Printed name and title

## AFFIDAVIT

I, Joshua Scott, being duly sworn, depose and state the following:

### I. INTRODUCTION

1. I am a Task Force Officer "TFO" with the Detroit Police Department and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been since August 2020. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

2. I have received extensive training at and successfully graduated from the Detroit Police Training Academy as a Police Officer. I have worked patrol for 2 years including a year of routine patrol and a year in the 5th precinct special operations unit. During my time in law enforcement, I have participated in numerous criminal investigations, involving firearms crimes, armed drug tracking violations, and offenses by criminal street gangs, among others.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my

training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. The ATF is currently conducting a criminal investigation concerning Patrick PATTERSON (DOB: XX/XX/1993), for violations of 18 U.S.C. § 922(g)(1) as a felon in possession of a firearm.

**II.    PROBABLE CAUSE**

5. I reviewed records related to PATTERSON's criminal history and learned the following:

    a. On or about June 17, 2016, PATTERSON was charged with two counts of bank robbery and one count of conspiracy to commit bank robbery. PATTERSON pleaded guilty to one count of bank robbery and one count of conspiracy to commit bank robbery in the 56th Judicial Circuit Court, Eaton County. On or about December 8, 2016, Patterson was sentenced to five to fifteen years' incarceration. PATTERSON was released from custody on or about June 1, 2022, and was discharged from parole on or about June 1, 2023;

    b. On or about April 26, 2017, PATTERON was charged with robbery in the 209th District Court of Houston, Texas.

2

PATTERSON subsequently pleaded guilty to felony robbery. On or about February June 21, 2017, PATTERSON was sentenced to 4 years' incarceration.

6. Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the number of PATTERSON's convictions, the time he has spent incarcerated or under supervision as a result of those convictions, and the severity of those convictions, there is probable cause to believe that PATTERSON is aware of his status as a convicted felon.

## II. PROBABLE CAUSE

3. On July 11, 2025, at approximately 12:18 a.m., Detroit Police officers were dispatched to the 19000 block of Teppert Street in Detroit, Michigan for a shots-fired police run. ShotSpotter captured two rounds of gunfire at 12:18 a.m near the corner of Teppert Street and 7 Mile Road.

4. As responding officers pulled up to the location on Teppert Street, two vehicles—a 2022 red Chevy Equinox and a 2020 red Chevy Equinox—pulled away. The officers spoke to two unidentified men sitting on the tailgate of a vehicle parked near E 7 Mile Road. The men reported that the vehicles that just pulled off were the ones firing shots.

5. Officers caught up to the 2022 red Chevy Equinox and effectuated a traffic stop by turning on their overhead lights. Both the 2022 red Chevy Equinox, and the 2020 red Chevy Equinox pulled over. A man and a woman got out of the 2020 red Chevy Equinox (the lead car) and began trying to speak with the officers. The officers asked the pair to go back to their vehicle. The man and the woman stood outside their vehicle, feet away from the officers.

6. An officer explained to the driver of the 2022 red Chevy Equinox that they failed to signal while turning off Teppert Street and asked for the driver's license. The driver told officers she did not have a valid license with her. The officer asked the driver to step out of the vehicle.

7. The male occupant from the 2020 red Chevy Equinox instructed the female driver not to get out of the car and began arguing with officers. And the driver refused to get out. The officers instructed the female and the male from the 2020 red Chevy Equinox to step back multiple times. Both initially refused. An officer told the male he would be arrested if he did not return to his vehicle, and the male got back into his car.

8. Officers again instructed the driver and the front seat passenger of the 2022 red Chevy Equinox—later identified as PATTERSON—to step out of the car multiple times. Both refused. The female and male from the 2020 red Chevy Equinox got out of their car, again, and approached the officers. PATTERSON

4

grabbed the vehicle's gearshift and placed the vehicle into "Drive." Officers yelled at PATTERSON and the driver to put the vehicle in Park. The driver complied.

9. Officers opened both the driver and passenger doors. The driver complied and stepped out of the vehicle. PATTERSON grabbed the door and attempted to shut it, but an officer was in the way. Officers removed PATTERSON from the vehicle and handcuffed him. PATTERSON resisted the officers and pulled away from them as they placed him under arrest. The male and female from the 2020 Chevy Equinox screamed at the officers as they secured PATTERSON. The female attempted to get into the 2022 Equinox.

10. An officer searched the 2022 Equinox and located a loaded Glock 26 9mm handgun underneath the front passenger seat, where PATTERSON was sitting. Officers queried the firearm and learned it had been previously reported as stolen out of Harper Woods.

11. While PATTERSON was detained in the back of the scout car, he kicked the rear passenger side window loose from the scout car.



12. Officers at the scene of the ShotSpotter police run recovered one spent 9mm brass shell casing.

13. On July 12, 2025, I contacted ATF Interstate Nexus Expert, Special Agent Kara Klupacs, and provided information about the Glock 26 9mm handgun. SA Klupacs concluded that the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

### III.  CONCLUSION

14. Probable cause exists to believe that on July 11, 2025, Patrick PATTERSON knowingly possessed a firearm after having been convicted of a felony offense in violation of Title 18 U.S.C. Section 922(g). This violation occurring within the Eastern District of Michigan.

*J. Scott*
Joshua Scott, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
And/or by reliable electronic means

_____
Honorable David R. Grand
United States Magistrate Judge

Dated: July 12, 2025

6